# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2022-4078
_____

AMON RICHARDS,

Appellant,

v.

FLA DEP'T OF CORRECTIONS,

Appellee.

_____

On appeal from the Circuit Court for Leon County.
J. Lee Marsh, Judge.

April 18, 2024

PER CURIAM.

AFFIRMED.

ROBERTS, KELSEY, and WINOKUR, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Amon Richards, pro se, Appellant.

Ashley Moody, Attorney General, Tallahassee; Dan Johnson, General Counsel, Department of Corrections, Tallahassee; and Marie A. Borland, Ethen R. Shapiro, and Jacob Z. Coates of Hill, Ward & Henderson, P.A., Tampa, for Appellee.